IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Timothy J. Frady,                                )
                                                 )          C.A. No. 6:15-2356-TMC
                    Plaintiff,                   )
                                                 )
            v.                                   )          **ORDER**
                                                 )
The Greenville County Detention Center,          )
                                                 )
                    Defendant.                   )
_____)

        Plaintiff, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983.    In accordance

with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a

magistrate judge for pretrial handling.    Before the court is the magistrate judge's Report and

Recommendation ("Report"), recommending that Plaintiff's action be dismissed without prejudice

and without issuance and service of process.    (ECF No. 10).    Plaintiff was advised of his right to

file objections to the Report. (ECF No. 10 at 6).    However, Plaintiff filed no objections to the

Report, and the time to do so has now run.

        The Report has no presumptive weight and the responsibility to make a final determination

in this matter remains with this court.    *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976).    In

the absence of objections, this court is not required to provide an explanation for adopting the

Report.    *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).    Rather, "in the absence of a

timely filed objection, a district court need not conduct a de novo review, but instead must only

satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."    *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005)

(quoting Fed. R. Civ. P. 72 advisory committee's note).

        After a thorough review of the Report and the record in this case, the court adopts the

Magistrate Judge's Report (ECF No. 10) and incorporates it herein.   It is therefore **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice and without issuance and service of process.

      **IT IS SO ORDERED.**

                               s/Timothy M. Cain
                               United States District Judge

Anderson, South Carolina
July 24, 2015

## NOTICE OF RIGHT TO APPEAL

      The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.